# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Byzantine Catholic Eparchy of Phoenix,<br><br>Plaintiff,<br><br>v.<br><br>Employee Benefits Services Incorporated, et al.,<br><br>Defendants. | No. CV-18-01288-PHX-GMS<br><br>**ORDER** |

Pursuant to the Parties' Stipulation of Dismissal With Prejudice (Doc. 48) as to Defendants Employee Benefit Services, Inc.; Bert Reimann; Janet A. Dicks; Meritain Health, Inc.; Administration Committee of the Eastern Catholic Benefit Plan; William C. Skurla; Robert Shalhoub; ABC Entities 1-20; John and Jane Does 1-20, and good cause appearing,

**IT IS HEREBY ORDERED** that this entire action is dismissed with prejudice as to Defendants Employee Benefit Services, Inc.; Bert Reimann; Janet A. Dicks; Meritain Health, Inc.; Administration Committee of the Eastern Catholic Benefit Plan; William C. Skurla; Robert Shalhoub; ABC Entities 1-20; John and Jane Does 1-20, regardless if the Plaintiff had previously dismissed any Defendant from the action without prejudice, each party to bear his, her or its own attorneys' fees.

Dated this 26th day of October, 2018.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge